UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**JACKIE DELMAS MASON**,

 Plaintiff,

 v.   Case No. 19-CV-992

**JEFFERY MANLOVE,** *et al.*,

 Defendants.

## ORDER

On December 15, 2021, *pro se* plaintiff Jackie Delmas Mason filed a motion to compel requesting that the court order the defendants to provide prescription information from BHS pharmacy. (ECF No. 68.) Then on January 7, 2022, Mason filed a second motion to compel, requesting that the court order the defendants to provide transcripts of records of certain prescription slips because they are illegible. (ECF No. 69.) He also filed a motion for sanctions, requesting payment of $52.00 to cover the costs and fees of the discovery dispute, and a motion to stay the discovery deadline. (*Id.*)

The court will deny Mason's first motion as moot. The defendants state they sent Mason the BHS pharmacy records on December 3, 2021. (ECF No. 70 at 1.) The defendants included what they sent Mason in their response materials, and it satisfies Mason's request. (*See* ECF No.71-2 at 4-7.)

As to Mason's second motion to compel, the defendants received a meet-and-confer letter on December 15, 2021, that requested a typed transcription of hand-written prescriber's orders contained in Mason's medical records because Mason stated they are illegible. (ECF No. 7 at 1-2.) Mason provided a packet of orders he wanted transcribed. (ECF No. 69-1.) On January 7, 2022, the defendants provided Mason with a typed transcription of the illegible orders. (*See* ECF No. 71-4.) In their response to Mason, the defendants noted that many of the orders were legible, so they took the time to transcribe only the illegible ones. (*Id.*) The court has reviewed Mason's packet, compared it with the defendants' response, and finds that the defendant's response was reasonable. Mason's second motion to compel is denied. The court will also deny his motion for sanctions.

Additionally, the court will deny Mason's motion to stay the discovery deadline. Discovery ended on December 31, 2021, and the defendant's filed a motion for summary judgment on February 1, 2022. (ECF No. 72.) That motion is fully briefed and awaiting the court's resolution. It appears that Mason had the necessary materials sufficient to file a response.

**IT IS THEREFORE ORDERED** that Mason's first motion to compel (ECF No. 68) is **DENIED as moot.**

**IT IS FURTHER ORDERED** that Mason's second motion to compel, motion for sanctions, and motion to stay the discovery deadline (ECF No. 69) are **DENIED**.

Dated in Milwaukee, Wisconsin this 18th day of March, 2022.

BY THE COURT

*William E. Duffin*

WILLIAM E. DUFFIN
United States Magistrate Judge

3

Case 2:19-cv-00992-WED   Filed 03/18/22   Page 3 of 3   Document 83